IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ALFONZO BOYKINS AND
LAWANDA BOYKINS                                                                PLAINTIFFS

VS.                                              CIVIL ACTION NO. 3:23-cv-00035-TSL-MTP

STATE FARM FIRE AND CASUALTY COMPANY                                  DEFENDANT

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS MATTER CAME BEFORE THE COURT on the motion *ore tenus* of the parties to dismiss this matter. The Court, being advised that Plaintiffs' claims against the Defendant, State Farm Fire and Casualty Company, have been resolved, finds the request to be well-taken.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the Plaintiffs' claims against Defendant, State Farm Fire and Casualty Company, and this entire action, are hereby dismissed with prejudice.

SO ORDERED AND ADJUDGED this the 24th day of April, 2024.

/s/ Tom S. Lee_____
UNITED STATES DISTRICT JUDGE

AGREED TO AND APPROVED:

*/s/John W. Nisbett*_____
JOHN W. NISBETT, ESQ. (MSB#103120)
ATTORNEY FOR PLAINTIFF

*/s/Michael F. Myers*_____
MICHAEL F. MYERS (MSB#3712)
ATTORNEY FOR DEFENDANT, STATE FARM
FIRE AND CASUALTY COMPANY